UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

JS 6

| Case No. | CV 12-9530 DSF (MANx) | Date | 11/15/12 |
|---|---|---|---|
| Title | Deutsche Bank National Trust Company v. Hernan R. Saavedra | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|
| Debra Plato | Not Present |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (In Chambers) Order REMANDING Case to Superior Court of California, County of Los Angeles

    This matter was removed from state court on November 6, 2012, based on federal question and diversity jurisdiction. The complaint was filed April 18, 2012. It is a state law unlawful detainer complaint that does not state a federal cause of action. Diversity jurisdiction is also not present as the amount in controversy requirement is not met. The complaint explicitly limits the amount of damages to $10,000.

    The case is REMANDED to the Superior Court of California, County of Los Angeles.

    IT IS SO ORDERED.